## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

Layla Fakhr El-Din El-Sawy and
Egyptian European Pharmaceutical
Industry, an Egyptian corporation,

      Plaintiff,

vs.

Regents of the University of Michigan,
and Mark L. Day,

      Defendants.
_____

Case No.2:20-cv-13409-LJM-KGA
District Court Judge Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

| | |
|---|---|
| E. Powell Miller (P39487) | Thomas B. Bourque (P46595) |
| Kevin F. O'Shea (P40586) | Deloof Dever Eby Milliman |
| Daniel L. Ravitz (P83031) | & Issa, PLLC |
| Attorneys for Plaintiffs | Attorneys for Defendant Day |
| 950 W. University Drive, Suite 300 | 301 N. Main Street, 2nd Floor |
| Rochester, MI 48307 | Ann Arbor, MI 48104 |
| (248) 841-2200 | (734) 769-2691 |
| kfo@millerlawpc.com | (734) 994-0206 fax |
| dlr@millerlawpc.com | tbourque56@gmail.com |

_____

### JOINT MOTION TO EXTEND SCHEDULING ORDER AND PERMIT DEFENDANT TO FILE SEPARATE SUMMARY JUDGMENT MOTIONS

Plaintiffs Layla Fakhr El-Din El-Sawy ("El-Sawy") and Egyptian European Pharmaceutical Industry ("EEPI") and Defendant Mark Day ("Day") file their Joint Motion to Extend Scheduling Order and state in support:

1

1. This Court entered its Amended Scheduling Order on July 11, 2022. In that Order Discovery was to be completed by October 15, 2022 and Dispositive Motions were to be filed by December 1, 2022.

2. The parties experienced delays in scheduling of the depositions of the parties and main witnesses and those depositions were not able to be accomplished until the very end of September and October 2022. The depositions of four witnesses for Plaintiff were conducted via Zoom with the witnesses in Qatar, Egypt, and Switzerland. Plaintiff was not able to depose Defendant Mark Day until October 21, 2022. Plaintiffs also wish to take one additional deposition of witness Guadeloupe Lorenzatti.

3. The parties believe that an extension of the discovery completion date to **December 15, 2022** will allow sufficient time to complete the additional deposition.

4. The parties request that the date for filing dispositive motions be extended to **January 30, 2023**.

5. There are no dates presently set for any pretrial orders, pretrial conferences, Motions in Limine, or for the jury trial.

6. The extension sought does not prejudice any party and will allow the parties to obtain testimony to prepare for trial.

7. Defendant has requested that he be permitted to submit separate motions for summary disposition as to the parties. Defendant requests permission to file a single motion relating to any/all the claims of Plaintiff El-Sawy, and a separate motion as to any/all claims of Plaintiff EEPI. Defendant requests this permission because the claims are completely separate in kind and require significantly different arguments. Each party has multiple claims and a 25-page limit for all claims of both parties would not allow Defendant to fully present arguments based on the extensive documents and testimony in the case.

8. Plaintiffs' counsel has no objection to Defendant's request to file separate motions for summary judgment.

Wherefore, the parties jointly request that the Court extend the Scheduling Order and give the parties until **December 15, 2022** to complete discovery and extend the date for filing dispositive motion to **January 30, 2023**. Defendant also requests permission to file separate motions for summary judgment as to the two Plaintiffs.

Dated: November 14, 2022            Respectfully submitted,

| | |
|---|---|
| */s/ Kevin F. O'Shea* | */s/ Thomas B. Bourque* |
| E. Powell Miller (P39487) | Thomas B. Bourque (P46595) |
| Kevin F. O'Shea (P40586) | Deloof Dever Eby Milliman |
| Daniel L. Ravitz (P83031) | & Issa, PLLC |
| Attorneys for Plaintiffs | Attorneys for Defendant Day |
| 950 W. University Drive, Suite 300 | 301 N. Main Street, 2nd Floor |
| Rochester, MI 48307 | Ann Arbor, MI 48104 |
| (248) 841-2200 | (734) 769-2691 |
| kfo@millerlawpc.com | (734) 994-0206 fax |
| dlr@millerlawpc.com | tbourque56@gmail.com |

## **PROOF OF SERVICE**

The undersigned certifies that a copy of the above document was served upon the attorney(s) of record of all the party(ies) in this action by serving same at the business address(es) as disclosed by the pleading of record herein on November 14, 2022, by

_____ U.S. Mail                     _____ Facsimile
_____ Hand Delivery             _____ Overnight Mail
_____ Electronic Mail             _____X_____ Electronic Filing

_____*/s/ Thomas Bourque*_____
Thomas Bourque