UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

Layla Fakhr El-Din El-Sawy and
Egyptian European Pharmaceutical
Industry, an Egyptian corporation,

       Plaintiffs,

v.

Mark L. Day,

       Defendant.
_____

Case No.2:20-cv-13409-LJM-KGA
District Court Judge Laurie J. Michelson
Magistrate Judge Kimberly G. Altman

| **THE MILLER LAW FIRM, P.C.** | **DELOOF DEVER EBY WRIGHT MILLIMAN BOURQUE & ISSA, PLLC** |
|---|---|
| E. Powell Miller (P39487) | Thomas B. Bourque (P46595) |
| Kevin F. O'Shea (P40586) | 301 N. Main Street, 2nd Floor |
| Daniel L. Ravitz (P83031) | Ann Arbor, MI 48104 |
| 950 W. University Drive, Suite 300 | (734) 769-2691 |
| Rochester, MI 48307 | tbourque56@gmail.com |
| (248) 841-2200 | *Attorneys for Defendant* |
| epm@millerlawpc.com | |
| kfo@millerlawpc.com | |
| dlr@millerlawpc.com | |
| *Attorneys for Plaintiffs* | |

_____

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiffs, Egyptian European Pharmaceutical Industry and Layla El-Sawy, and Defendant, Mark Day, by and through their respective attorneys, stipulate to the

dismissal of this action without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(2), without an award of costs or attorneys' fees to any party.

SO ORDERED.

Dated: September 18, 2023  
      Detroit, Michigan

s/Laurie J. Michelson  
LAURIE J. MICHELSON  
United States District Judge

Stipulated and agreed to by:

**THE MILLER LAW FIRM, P.C.**

By: /s/ Kevin F. O'Shea (P40586)  
E. Powell Miller (P39487)  
Kevin F. O'Shea (P40586)  
Daniel L. Ravitz (P83031)  
950 W. University Drive, Suite 300  
Rochester, MI 48307  
(248) 841-2200  
epm@millerlawpc.com  
kfo@millerlawpc.com  
dlr@millerlawpc.com  
*Attorneys for Plaintiffs*

**DELOOF DEVER EBY WRIGHT MILLIMAN BOURQUE & ISSA, PLLC**

By: /s/ Thomas B. Bourque (*w/consent*)  
Thomas B. Bourque (P46595)  
301 N. Main Street, 2nd Floor  
Ann Arbor, MI 48104  
(734) 769-2691  
(734) 994-0206 fax  
tbourque56@gmail.com  
*Attorneys for Defendant*